UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DAMONE DANIEL, | ) | |
| | ) | |
| Petitioner, | ) | No.  CV 16-5323-VAP(AJW) |
| | ) | |
| vs. | ) | |
| | ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | JUDGMENT |
| | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that this action is dismissed without prejudice.

Dated: September 8, 2016

*/s/ Virginia A. Phillips*
_____
Virginia A. Phillips
Chief United States District Judge